UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62181-Williams/Seltzer

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

      Plaintiffs,

vs.

BIG LOTS STORES, INC., a Foreign Profit Corporation,
and CENTRO NP COCONUT CREEK OWNER, LLC,
a Foreign Profit Corporation,

      Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, ACCESS FOR THE DISABLED, INC., a Florida not-for-profit corporation, ROBERT COHEN, an Individual, and PATRICIA L. KENNEDY, an Individual, (hereinafter collectively the "Plaintiffs"), through their undersigned counsel, and Defendants, BIG LOTS STORES, INC, a Foreign Profit Corporation, and CENTRO NP COCONUT CREEK OWNER, LLC, a Foreign Profit Corporation, through their undersigned counsel, and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272 (11th Cir. 2012), the parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement between the Plaintiff and the Defendants, and

further stipulate that dismissal is contingent upon the Court so exercising its authority to retain jurisdiction[1].

Dated:  November 29, 2012

Respectfully submitted,

By: S/ Tal Shemtov
**Tal Shemtov, Esquire**
     Florida Bar No. 28456
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
 9715 West Broward Blvd. #256
Plantation, Fl 33324
Phone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

*By:* s/Julie Schwartz-Karron, Esq.
Julie Schwartz-Karron, Esq.
Florida Bar No. 014683
Hinshaw & Culbertson LLP
One East Broward Blvd. #1010
 Fort Lauderdale, FL 33301
 Telephone: 954-467-7900
 Facsimile: 954-467-1024
 Email: jschwartz@hinshawlaw.com
Attorney for Defendant, Big Lots Stores, Inc.

s/Rachel M. LaMontagne_
RACHEL M. LaMONTAGNE
Florida Bar No. 094692
LAW OFFICES OF RACHEL M. LAMONTAGNE, P.A.
Attorney for Defendant Centro NP Coconut Creek Owner, LLC
4960 S.W. 72nd Ave., Suite 205
Miami, Florida 33155
Tel: (305) 662-4323
Fax: (305) 662-4326
Email:rlamontagne@rmllawfirm.com

---

[1] "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).